The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA MILKOVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:18-cv-1658-BJR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This matter comes before the Court on the parties' stipulated dismissal with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby DISMISSED with prejudice in accordance with the terms of the stipulation, with the Court retaining jurisdiction only to the extent necessary to enforce the settlement agreement. Except as provided for in the settlement as to those fees that the parties agreed will be paid by the United States on behalf of Plaintiffs, the parties will bear the remainder of their own costs and fees.

**It is so ordered.**

Order Dismissing Case
(Case No. 2:18-cv-1658-BJR)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

DATED this 7th day of June, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Dylan Cerling*
DYLAN CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3395 (v) (Cerling)
202-307-0054 (f)
dylan.c.cerling@usdoj.gov

KENNETH C. WEIL

*/s/ Kenneth C. Weil\**
KENNETH C. WEIL
WSBA No. 14203
20 6th Ave. NE
Issaquah, WA 98027
206-292-0060 (v)
weilkc@weilkc.com
*Attorney for Lisa Milkovich and Dang Nguyen*

*\*permission to enter e-signature granted by email dated 6/3/2022*

Order Dismissing Case
(Case No. 2:18-cv-1658-BJR)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3395